Peter R. SUTHERLAND, Plaintiff–Appellant,

v.

AUTUMN CORPORATION, d/b/a Autumn Care of Saluda, Defendant–Appellee.

No. 01–1099.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 29, 2001.

Peter R. Sutherland, pro se.

James Columcille Dever, III, Maupin, Taylor & Ellis, P.A., Raleigh, NC, for appellee.

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Peter R. Sutherland appeals the district court's order granting summary judgment in favor of his former employer, Autumn Corporation, in his civil action alleging retaliatory discharge in violation of the Americans with Disabilities Act of 1990, 42 U.S.C.A. §§ 12101–12213 (West 1995 & Supp.1999). We have reviewed the record

and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sutherland v. Autumn Corp.*, 124 F.Supp.2d 945 (W.D.N.C.2000). Further, we deny Sutherland's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*